IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ASAMOAH, | : |
| | : Case No. 2:21-cv-04038 |
| Plaintiff, | : |
| | : Chief Judge Algenon L. Marbley |
| v. | : |
| | : Magistrate Judge Jolson |
| TIGERPOLY MANUFACTURING, INC., | : |
| | : |
| Defendant. | : |

## OPINION & ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied and this case be dismissed for want of prosecution (ECF No. 4); and Plaintiff's Motion for Default Judgment (ECF No. 6).

The Report and Recommendation advised the parties that the failure to object within fourteen days results in a waiver of the right to have the district judge review that decision *de novo*. (ECF No. 4 at 4–5). Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (*Id.*). This action is **HEREBY DISMISSED** and consequently, Plaintiff's Motion for Default Judgment (ECF No. 6) is **DENIED** as **MOOT**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:**  July 8, 2022